UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHONDRE TYREESE TUCKER,<br>    Petitioner,<br><br>-v-<br><br>BONITA HOFFNER,<br>    Respondent. | No. 1:16-cv-864<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 9), and pursuant to Fed. R. Civ. P. 58 and *Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013), **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date: June 2, 2017            /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge